IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-cr-00238-F

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JOSEPH ANDREW REGALADO,

     Defendant.

## ORDER TO CONTINUE SENTENCING HEARING

This matter is before the Court on defendant's Motion to Continue (Dkt. # 25). Upon review of the motion and the government having no objection, defendant's motion to continue is GRANTED. It is hereby

ORDERED that the sentencing hearing scheduled for January 13, 2006 at 4:00 p.m. is CONTINUED to **January 24, 2006 at 12:15 p.m.**

     DATED: January 13, 2006

                                                BY THE COURT:

                                                *s/ Phillip S. Figa*
                                                _____
                                                Phillip S. Figa
                                                United States District Judge