**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 05-cr-00238-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH ANDREW REGALADO,

    Defendant.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    Pursuant to a telephone conference between Probation and Chambers staff, a hearing regarding violation of supervised release for Defendant Regalado has been scheduled for **January 6, 2010 at 8:30 a.m.**, in Courtroom A602 of the Arraj Courthouse.

    DATED:  November 13, 2009