**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 05-cr-00238-CMA-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH ANDREW REGALADO

    Defendant.

---

**ORDER DISMISSING PETITION ON SUPERVISED RELEASE
AND VACATING VIOLATION HEARING**

---

This matter is before the Court on the report of the probation officer concerning Defendant's adjustment to supervision since October 5, 2009, and the Defendant now being in full compliance of his supervision. Accordingly, it is

ORDERED that the Supervised Release Violation Hearing scheduled for January 6, 2010 be VACATED and that the Petition on Supervised Release be DISMISSED.

DATED:  December __15__, 2009

                                      BY THE COURT:

                                      */s/ Christine M. Arguello*

                                      CHRISTINE M. ARGUELLO
                                      United States District Judge